# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,      :      Case No. 3:12MJ400

      Plaintiff,             :      Magistrate Judge Michael J. Newman

      -vs-                 :

HAZEY LORITTS,            :

      Defendant.            :

---

## BINDOVER ORDER

---

    This case came on for hearing for a Preliminary Examination on Thursday, January 10, 2013. Defendant, present with counsel, waived his right to a preliminary examination. The Court finds the waiver to be knowing, intelligent and voluntary. **IT IS THEREFORE ORDERED** that the Defendant, accordingly, is bound over to the Grand Jury to answer the charge(s) in the United States District Court.

    **IT IS FURTHER ORDERED** that Defendant's previously set bond is continued.


January 10, 2013                         **s/ Michael J. Newman**
                                       United States Magistrate Judge