IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| Plaintiff, | : | Case No.: **M-3-12-0400** |
| -Vs- | : | |
| | : | |
| **Loritts, Hazey** | | |
| Defendant. | | |

## MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE

The Court ORDERS the conditions of release filed in this case on December 18, 2012, be modified to **include** the following condition: *Resolve all court related maters pending in the state of Georgia*

SO ORDERED.

___3/11/13___  
Date

_Michael Newman_  
Honorable Michael J. Newman  
United States Magistrate ~~Court~~ Judge

Copy to:  
Defendant/Defense counsel  
U.S. Attorney Office  
US Pretrial Services Office

rev. (06-08-98)